UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Troy Marchwicz

              v.                     Civil No. 11-cv-109-SM

Hillsborough County Department of
Corrections, Superintendent
*James M. O'Mara, Jr.*

O R D E R

After considering the plaintiff's objection filed November 10, 2011, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty date October 25, 2011, for the reasons set forth therein.  The case is hereby dismissed.

       SO ORDERED.

November 16, 2011                */s/ Steven J. McAuliffe*
                                            Steven J. McAuliffe
                                            United States District Judge

cc:    Troy Marchwicz